**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:20-cv-02701-PAB-STV

PAUL SALMANS,

    *Plaintiff*,

v.

FIRST RELIANCE STANDARD LIFE INSURANCE COMPANY,

    *Defendant*.

---

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Paul Salmans and Defendant First Reliance Standard Life Insurance Company provide notice of their dismissal of this action with prejudice and with the parties to bear their own legal fees and costs.

Respectfully Submitted on January 27, 2021 by:

| McDermott Law, LLC | Wilson Elser Moskowitz Edelman & Dicker, LLP |
|---|---|
| **s/ Mary Susan Kern** | s/Joshua Bachrach |
| Shawn E. McDermott | Joshua Bachrach |
| Mary Susan Kern | Two Commerce Square, 2001 Market Street |
| 4600 S. Ulster Street, Suite 800 | Suite 3100 |
| Denver, CO 80237 | Philadelphia, PA 19103 |
| Phone: (303) 964-1800 | Phone: (215) 627-6900 |
| Fax: (303) 964-1900 | Fax: (215) 627-2665 |
| *shawn@mcdermottlaw.net* | *Joshua.bachrach@wilsonelser.com* |
| *marysue@mcdermottlaw.net* | |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |

# CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following individual:

Joshua Bachrach
Two Commerce Square, 2001 Market Street
Suite 3100
Philadelphia, PA 19103
Joshua.bachrach@wilsonelser.com
*Attorney for Defendant*

I hereby certify that on January 27, 2021, I e-mailed the foregoing to the following individual:

Paul Salmans
303 High Street
Wiggins, CO 80654
*Plaintiff*

        McDermott Law, LLC

        *s/ Mary Susan Kern*

        Mary Susan Kern
        4600 S. Ulster Street, Suite 800
        Denver, CO 80237
        (303) 964-1800
        (303) 964-1900 (fax)
        *marysue@mcdermottlaw.net*